

FILED
CLERK, U.S. DISTRICT COURT
JUL 15 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | M 13-1943 |
|---|---|---|
| Plaintiff, | ) | ORDER [OF DETENTION] [SETTING CONDITIONS OF RELEASE] AFTER HEARING (18 U.S.C. § 3148(b): (Allegations of Violation of Pretrial Conditions of Release) |
| v. | ) | |
| ANTHONY CANO | ) | |
| Defendant. | ) | |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge F. Sullivan, Superior Ct, D.C. ].

B.

The court finds there is

(1)

    (A) ( ) Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B) (X) Clear and convincing evidence that the defendant has violated any other condition of release; and

(2)

    (A)   (X) Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety or any other person or the community; or

    (B)   ( ) The person is unlikely to abide by any condition or combination of conditions of release.

        and/or, in the event of (1)(A)

(3)   ( ) There is probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

<u>or</u>

(4)   ( ) The court finds that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. <u>See</u> separate order setting conditions.

      ( ) It is further ordered that this order is stayed for 72 hours in order to allow the Government to seek review from the [assigned district judge] [criminal duty district judge].

<u>or</u>

C.

☒ IT IS ORDERED defendant be detained prior to trial.

DATED: 7/15/13

_____
U.S. MAGISTRATE/DISTRICT JUDGE

[11/04]